**STATE of Missouri, Respondent,**

v.

**Jerry W. EVANS, Appellant.**

**Nos. WD 51042, WD 53505.**

Missouri Court of Appeals,
Western District.

June 30, 1997.

David L. Simpson, Assistant Appellate Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jaqueline K. Hamra, Asst. Atty. Gen., for Respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Jerry W. Evans appeals his conviction for the class C felony of forgery, § 570.090(4), and the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rules 30.25(b) and 84.16(b).